UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN ARTHUR TRASK,

    Plaintiff,

v.                                            Case No. 8:20-cv-352-SCB-SPF

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Flynn has filed his report recommending that the Commissioner's decision be affirmed and that judgment be entered in favor of Defendant. (Doc. No. 17). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate Judge's Report were filed by Plaintiff, and the Commissioner filed a response thereto. (Doc. No. 18, 19).

Upon consideration of the Report and Recommendation, Plaintiff's Objections thereto, and the Commissioner's response, as well as this Court's independent examination of the file, it is determined that the Report and Recommendation (Doc. No. 17) should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 17) is adopted and incorporated by reference in this Order of the Court.

(2) The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of February, 2021.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable Sean P. Flynn